# United States Bankruptcy Court
## District of Maine

In re:

Larkin Enterprises, Inc.
dba Larkin Ent, Inc.
dba LEI

Case No.: 25-10171

Chapter: 7

Debtor

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on September 19, 2025    In this bankruptcy court, requesting an order for relief under chapter 7    of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

> Address of Clerk:
>
> Monica Bigley, Clerk
> U.S. Bankruptcy Court
> 202 Harlow St., 3rd Floor
> Bangor, ME 04401

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

> Name and Address of Petitioner's Attorney:
>
> Jeffrey Neil Young, Esq.
> Solidarity Law
> 9 Longmeadow Road
> Cumberland Foreside, ME 04110

If you make a motion, your time to serve an answer is governed by Fed. R. Bankr. P. 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

*Monica Bigley*
*Clerk of the Bankruptcy Court*

Date: September 19, 2025

**U.S. Bankruptcy Court**
District of Maine

# CERTIFICATE OF SERVICE

I, __MARY K Ebert__, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by: __10/15/2025__
(date)

[X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

> Larkin Enterprises, Inc.        > Richard J. Larkin, Pres.
> 317 W. Broadway                  Larkin Enterprises Inc.
> P.O. Box 405                     157 Sharyon Lane
> Lincoln, ME 04457                Jensen Beach, FL 34957.

[ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:
>                                >

[ ] **Residence Service:** By leaving the process with the following adult at:
>                                >

[ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:
>                                >

[ ] **Publication:** The defendant was served as follows: [Describe briefly]
>

[ ] **State Law:** The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]
>

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/27/2025__                                __Mary K Ebert__
Date                                          Signature

Print Name: __MARY K Ebert__

Business Address:    Krakow, Souris & Landry, LLC
                     90 Canal Street
City:                Boston, MA 02114   State/Zip: